UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-204(3) (MJD/BRT)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES RICHARD ANDERSON,

        Defendant.

**ORDER FINDING SPECIFIC REASONS FOR NO FURTHER DELAY OF CHANGE OF PLEA UNDER CARES ACT SECTION 15002(b)(2)**

This matter is before the Court on the Parties' Joint Statement Regarding CARES Act. [Docket No. 74] Based on the facts set forth in the Joint Statement, and on all the files and proceedings in this matter, the Court hereby finds that the change of plea hearing in this case cannot be further delayed without serious harm to the interests of justice based on the following reasons:

    1.    Mr. Anderson has been in pre-trial federal custody since August 28, 2021. Mr. Anderson has no objection to conducting his change of plea by video conference and wishes to proceed in that manner. A change of plea by video conference will prevent unnecessary delay of proceedings.

    2.    In addition, a video conference is preferable to an in-person hearing to minimize direct interactions that could introduce unnecessary risk of exposure to COVID-19.

Accordingly, and based on the express consent of Mr. Anderson, it is hereby ORDERED that the Court will proceed with Mr. Anderson's change of plea hearing via videoconference, currently scheduled for February 16, 2022.

Dated: February 9, 2022

                                      s/ Michael J. Davis
                                      MICHAEL J. DAVIS
                                      UNITED STATES DISTRICT COURT